UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80656-CIV-CANNON/Reinhart

**TATIANA LOPEZ**
and other similarly situated individuals,

    Plaintiff,

v.

**WL GENERAL SERVICES, CORP.** and
**LUCIMARA HELGERT**,

    Defendants.
_____/

**ORDER APPROVING FLSA SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon the parties' Second Renewed Joint Motion for Approval of FLSA Settlement (the "Joint Motion") [ECF No. 26] and incorporated FLSA Settlement Agreement and General Release (the "Agreement") [ECF No. 26-1], filed on August 18, 2023.  The parties have settled this case, filed under the Fair Labor Standards Act ("FLSA"), *see* 29 U.S.C. § 203, *et seq*., and seek the Court's approval of their Agreement.

After carefully considering the Joint Motion [ECF No. 26], the Agreement [ECF No. 26-1], the record, and the applicable law, the Court finds that the proposed settlement of this case is a fair and reasonable resolution of a bona fide dispute over the FLSA's provisions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Second Renewed Joint Motion for Approval of FLSA Settlement [ECF No. 26] is **GRANTED**.

2. The FLSA Settlement Agreement between Plaintiff and Defendants, which has been duly filed with the Court [ECF No. 26-1], is **APPROVED**.

CASE NO. 23-80656-CIV-CANNON/Reinhart

3. This case is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs, except as otherwise agreed to by the parties.

4. All pending motions are **DENIED AS MOOT**.

5. The Court shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 21st day of August 2023.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record